**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ADAM HILL**
**ADC #601559** **PLAINTIFF**

**v.** **No. 4:25-cv-01205-LPR-BBM**

**TAMMY CANARD, et al.** **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 33). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (Doc. 26) is DENIED without prejudice.[1]

IT IS SO ORDERED this 5th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] This motion was filed *pro se*. Plaintiff has since been appointed counsel. The denial of this motion is without prejudice to consideration of a lawyered and more detailed TRO/PI motion if one is filed. The outcome is unlikely to change, but the Court doesn't know what it doesn't know.